UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAYLEIGH COLEMAN,
individually and on behalf of
all others similarly situated,

    Plaintiff,

v.                                          Case No: 8:22-cv-0902-KKM-JSS

HEARTLAND RESOLUTION
GROUP, LLC, and PENDRICK
CAPITAL PARTNERS, LLC,

    Defendants.
_____

## ORDER

Defendants move for a stay to await a decision from the Eleventh Circuit in *Hunstein v. Preferred Collection and Management Services, Inc.* (Doc. 16.) They argue that *Hunstein* will be dispositive of whether Kayleigh Coleman has Article III standing to pursue her Fair Debt Collection Practices Act (FDCPA) claims. Coleman failed to timely respond, but her pending motion to remand claims that she lacks Article III standing to seek statutory damages for FDCPA violations—the very issue in *Hunstein*. (Doc. 5 at 4); *see* Local Rule 3.01(c) ("If a party fails to timely respond, the motion is subject to treatment as unopposed.").

Because a ruling in *Hunstein* will decide whether plaintiffs like Coleman have Article III standing for FDCPA claims, a stay is warranted. *See Miccosukee Tribe of Indians v. S. Fla. Water Mgmt. Dist.*, 559 F.3d 1191, 1198 (11th Cir. 2009) (reasoning that a pending appellate decision on a controlling issue is "at least a good [reason], if not an excellent one," for granting a stay).

Accordingly, the following is **ORDERED:**

1. Defendants' Motion to Stay is **GRANTED**. (Doc. 16.)

2. The parties must file a joint status report within **seven days** of a decision from the Eleventh Circuit in *Hunstein*.

3. The Court **DIRECTS** the Clerk to terminate any pending motions and deadlines, and to stay and administratively close the case.

**ORDERED** in Tampa, Florida, on June 7, 2022.

Kathryn Kimball Mizelle
United States District Judge